UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 25-01872-SB (DFM) | Date: | April 23, 2025 |
|---|---|---|---|
| Title | Dorlisa Thomas v. Superior Court of California et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On March 2, 2025, Plaintiff filed an Application for Emergency Temporary Restraining Order, Emergency Injunction, and Federal Intervention ("TRO"). See Dkt. 1. On March 6, 2025, the assigned Magistrate Judge issued a Report and Recommendation ("R&R") that the TRO be denied. See Dkt. 16. On March 27, 2025, the Court adopted the findings and recommendations set forth in the R&R and ordered Plaintiff to either file a complaint or voluntarily dismiss this action by April 11, 2025. See Dkt. 20. On April 10, 2025, the Court denied Plaintiff's Motion to Vacate. See Dkt. 24.

Plaintiff has failed to file a complaint or voluntarily dismiss this action by the deadline. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing within fourteen (14) days why this action should not be dismissed for failure to prosecute. The Court will construe Plaintiff's filing of a complaint as sufficient to discharge this order.