JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORLISA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA et al.,<br><br>    Defendants. | Case No. 2:25-cv-01872-SB-DFM<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order dismissing this action, it is ORDERED AND ADJUDGED that Plaintiff's claims are dismissed without prejudice for failure to prosecute and failure to comply with court orders.

This is a final judgment.

Date: June 11, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1